IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-14

| | |
|---|---|
| JONATHAN BYNUM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOCIAL SECURITY OFFICE, CAROLYN ) | |
| W. COLVIN ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**BEFORE THE COURT** is its own motion regarding the motion to dismiss filed by Defendants. Plaintiff is warned that his action may be dismissed if he does not appropriately address this motion.

Plaintiff is advised that he has the opportunity to respond to the motion in a writing filed with this Court within fourteen (14) days of the filing of this Order. A copy of any such response must be served on counsel for Defendants.

**IT IS, THEREFORE, ORDERED THAT** Plaintiff respond to Defendants' Motion to Dismiss (Doc. 9) within fourteen (14) days of the filing of this Order.

**SO ORDERED.**

Signed: July 20, 2016

Richard L. Voorhees
United States District Judge