# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:16-CV-14-RLV-DSC

| | |
|---|---|
| JONATHAN BYNUM, | ) |
| Plaintiff, | ) |
| v. | ) |
| SOCIAL SECURITY COMMISSIONER CAROLYN COLVIN, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion for Paralegal Fees" (document #14).

Plaintiff cites no applicable authority supporting his request for a court-appointed paralegal in a civil case. Moreover, the Court is not aware of any case law, statute, Federal Rule of Civil Procedure, or Local Rule requiring the appointment of a paralegal or payment of paralegal fees in a civil case such as the one brought by Plaintiff, and no funds have been appropriated for that purpose.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's "Motion for Paralegal Fees" (document #14) is **DENIED**.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: December 12, 2016

David S. Cayer
United States Magistrate Judge